**Order No. 97–41**
**April 17, 1997**

| | | |
|---|---|---|
| 17335 | AMFAC, Inc. v. Waikiki Beachcomber Inv. Co.; Waikiki Beachcomber Inv. Co. v. AMFAC, Inc. | Vacated |

**Order No. 97–42**
**April 17, 1997**

| | | |
|---|---|---|
| 19204, 19636 | State v. Banaay; State v. Kamai | Vacated |

**Order No. 97–43**
**April 17, 1997**

| | | |
|---|---|---|
| 19510 | State v. Flores | Vacated in part, Affirmed in part |

**Order No. 97–44**
**April 17, 1997**

| | | |
|---|---|---|
| 18979 | Hi Kai Inv., Ltd. v. Krantz v. Krantz v. Hi Kai Inv., Ltd.; Hi Kai Inv., Ltd. v. Hawaiian Thunder, Inc. | Affirmed in part and Remanded |

**Order No. 97–45**
**April 17, 1997**

| | | |
|---|---|---|
| 19824 | State v. Quiocho | Reversed |